## Echelbarger v. Diamond Plate Glass Company et al.

[No. 4,707. Filed April 21, 1904.]

From Howard Circuit Court; *J. F. Elliott*, Judge.

Action by Francis M. Echelbarger against the Diamond Plate Glass Company and others. From a judgment for defendants, plaintiff appeals. *Reversed.*

*B. C. Moon*, for appellant.

*Milton Bell, W. C. Purdum, J. C. Blacklidge, C. C. Shirley* and *Conrad Wolf*, for appellees.

Black, J.—Upon the authority of *Hancock* v. *Diamond Plate Glass Co.*, 162 Ind. 146, the judgment herein is reversed, and the cause is remanded, with instruction to sustain the appellant's demurrer to the third and fourth paragraphs of the answer of the appellees.

## Curless v. Diamond Plate Glass Company et al.

[No. 4,721. Filed April 21, 1904.]

From Howard Circuit Court; *J. F. Elliott*, Judge.

Action by Clarinda Curless against the Diamond Plate Glass Company and others. From a judgment for defendants, plaintiff appeals. *Reversed.*

*B. C. Moon*, for appellant.

*Milton Bell, W. C. Purdum, J. C. Blacklidge, C. C. Shirley* and *Conrad Wolf*, for appellees.

Black, J.—Upon the authority of *Hancock* v. *Diamond Plate Glass Co.*, 162 Ind. 146, the judgment herein is reversed, and the cause is remanded, with instruction to sustain the demurrer of the appellant to the third paragraph of the answer of the appellees.